UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIA JOHN,

                        Plaintiff,

          -against-

THE CITY OF NEW YORK, NYPD
OFFICER CHRISTOPHER DAGUANNO,
NYPD SERGEANT KHURRAN ZUBAIR,
and JOHN DOES 1-3,

                        Defendants.

25-CV-3949-LTS

ORDER

       After the instant civil action was administratively closed without prejudice, the party sought to reopen the case by filing a Notice of Application to Reopen Case through the ECF system. The party is directed to cure any remaining deficiencies directly on the docket by correcting pleadings to ensure they are viewable, legible, and in the correct case, and by filing a corrected Complaint, Civil Coversheet, and Summons as separate entries in the ECF system.

       The Clerk shall review such corrected filings and, if the deficiency is satisfactorily cured, reopen and randomly reassign the case.

       SO ORDERED.

Dated: New York, New York
       January 8, 2026

                                  /s/ Laura Taylor Swain
                                 LAURA TAYLOR SWAIN
                                 Chief United States District Judge