**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JULIA JOHN,

                      Plaintiff,

          -against-

THE CITY OF NEW YORK, *et al.*,

                    Defendant.
-----------------------------------------------------------------X

**ORDER**

**25-CV-3949 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

After the Court granted Plaintiff's motion to reopen the case (see Dkt. No. 6), Plaintiff filed an amended complaint on January 12, 2026.  Dkt. No. 7.  One day later, Plaintiff filed another complaint at Dkt. No. 12.  On January 14, 2026, an electronic summons was issued as to all Defendants.  Dkt. No. 13.  On January 30, 2026, Plaintiff filed affidavits of service as to all Defendants.  See Dkt. Nos. 15–16. Defendants' responses to Plaintiff's complaint was due, at the latest, on February 19, 2026.  Id.  None of the Defendants have responded.

The Court orders Plaintiff to confirm which complaint (Dkt. Nos. 7 and 12) is the operative complaint by **March 27, 2026.**

     SO ORDERED.

DATED:    New York, New York
            March 19, 2026

                                      _____
                                      JENNIFER E. WILLIS
                                      United States Magistrate Judge