**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JULIA JOHN,

                        Plaintiff,                            **ORDER**

         -against-                        **25-CV-3949 (VSB) (JW)**

THE CITY OF NEW YORK, *et al.*,

                        Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On March 27, 2026, Plaintiff confirmed that the complaint at Dkt. No. 10 is the operative complaint.  Dkt. No. 19.

On January 14, 2026, an electronic summons was issued as to all Defendants. Dkt. No. 13.  On January 30, 2026, Plaintiff filed affidavits of service as to all Defendants.  See Dkt. Nos. 15–16.  Defendants' responses to Plaintiff's complaint was due, at the latest, on February 19, 2026.  Id.  None of the Defendants have entered notices of appearances or have responded to Plaintiff's complaint.

As such, the Court orders Plaintiff to move for default against Defendants by **May 10, 2026**.

SO ORDERED.

DATED:    New York, New York
            March 30, 2026

                                              *Jennifer E. Willis*
                                      JENNIFER E. WILLIS
                                      United States Magistrate Judge