**LAW OFFICE OF KENT**
315 Madison Avenue, Sui
New York, New York 1
(212) 968-8818 | KentGubrud@

This request is DENIED without prejudice. Plaintiff's counsel has leave to refile a motion to withdraw, but it must be in accordance with SDNY Local Civil Rule 1.4. SO ORDERED.

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge
November 23, 2026

November 20, 2026

**VIA ECF — URGENT LETTER-MOTION**

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: John v. City of New York, et al., No. 25 Civ. 3949 (VSB) (JW)**
**Urgent request to extend the opposition deadline pending withdrawal application**

Dear Judge Broderick:

I represent Plaintiff Julia John. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Individual Rule 1.H, I respectfully request an immediate interim extension of Plaintiff's November 20, 2026 deadline to oppose Defendants' Rule 12(c) motion to December 4, 2026, while the Court considers my accompanying motion for leave to withdraw. If withdrawal is granted, I request that the Court instead allow Plaintiff 30 days after service of the withdrawal order to obtain substitute counsel or proceed pro se and submit her opposition, as requested in the withdrawal application.

The original opposition deadline was October 29, 2026. By Order dated November 13, 2026, ECF No. 36, the Court sua sponte extended that deadline to November 20, 2026. Plaintiff has not filed opposition.

Plaintiff has not made any prior request for extension of this deadline though this court did grant a sua sponte extension on November 13.

Good cause exists for a brief extension. As detailed in my accompanying declaration, for more than a month I have repeatedly attempted to obtain the client consultation and factual clarification necessary to prepare the response and carry out the representation effectively. During the extended response period, I continued those efforts by telephone, text, and email. Although Ms. John intermittently responded and indicated that she would call, the necessary sustained communication did not occur. On November 20, Ms. John stated that she did not feel comfortable continuing with me and agreed that I should seek the Court's permission to withdraw.

I recognize the Court's requirement that extension requests ordinarily be made at least 48 hours before the deadline. I request consideration on an emergency basis because today's conversation confirmed Ms. John's agreement to ending the representation, and the opposition deadline falls today. Immediate interim relief would protect her opportunity to respond while the Court considers withdrawal and appropriate transition arrangements. I remain counsel of record unless and until the Court grants leave to withdraw.

We have not asked Defendant's counsel for consent given the late hour and thus do not know her position.

Depositions and fact discovery are currently due December 21, 2026, and the ready-for-trial date is June 7, 2027. The limited interim extension requested here would not itself change those dates. The accompanying withdrawal application separately addresses the discovery adjustments that may be necessary if withdrawal is granted. Defendants would retain an opportunity to reply under a schedule set by the Court.

I respectfully request an immediate ruling extending the opposition deadline to December 4, 2026, without prejudice to the longer transition period requested in the withdrawal motion. If that motion remains undecided as December 4 approaches, I will seek any further necessary relief before the extended deadline expires.

**Certification under Individual Rule 4.J**

Generative AI assisted in drafting this letter. I certify that I independently reviewed and verified all AI-drafted portions, including citations, quotations, and legal authorities, and that this letter complies with my obligations under Federal Rule of Civil Procedure 11.

Respectfully submitted,

Kent Gubrud
Attorney for Plaintiff Julia John

cc: Counsel for Defendants
Julia John